# EXHIBIT A

# Reporter Writes Glowing Article About Elon Musk But Leaves Out Key Details

09/11/2017 09:54 am ET | **Updated** Sep 11, 2017

Recently, a major financial magazine published an article entitled "This Email from Elon Musk to Tesla Employees Describes What Great Communication Looks Like." A subhead to the article declared: "A newly acquired email from Musk outlines a brilliant philosophy. But it's easier said than done."

What the article does not reveal — for some strange reason — is that the email is actually evidence against Musk in a lawsuit that could potentially cost Tesla a pricey settlement with a former employee.

In the email, which the magazine quoted in full, Musk bemoans the "chain of command" school of communication because "you always flow communication through your manager," which "serves to enhance the power of the manager" but "fails to serve the company."

Musk writes:

> *[P]eople are forced to talk to their manager who talks to their manager who talks to the manager in the other dept who talks to someone on his team. Then the info has to flow back the other way again. This is incredibly dumb. Any manager who allows this to happen, let alone encourages it, will soon find themselves working at another company. No kidding.*

Instead, Musk implores his employees to know "you can talk to me, you can talk to anyone without anyone else's permission … you should consider yourself obligated to do so until the right thing happens."

"Has Musk been able to achieve this type of environment (where communication is free-flowing and departments work together) at Tesla?" the magazine's reporter asked. "I have no idea." Nor did he disclose that the Musk email is part of ongoing legal proceedings between Tesla and Cristina Balan, a former design engineer at Tesla so important to the company that her initials once appeared on each car's battery. Balan claims she was forced to resign from Tesla in 2014 in part because she dared to do what Musk ordered his employees to do in the email — she wrote to Musk directly. Tesla is denying her claims.

At the time Balan was working on the interiors design team at Tesla, where she identified and "tried … to solve two engineering issues," she wrote recently on her blog — design flaws that needed to be addressed by the company. But when she tried to force management to fix the problems she was "bullied, humiliated, demoted and retaliated against in the most horrible way possible." She considered leaving Tesla, but fellow engineers convinced her to stay. "I promised them I [would] get to Elon one way or the other," she wrote, "even if I [had to go] to the Supreme Court."

Balan attempted to go through proper channels but soon found herself "in an even more threatening situation." She began recording her meetings with fellow engineers when they discussed problems within the company. One recorded meeting lasted more than two hours. The recordings were "for Elon's ears only," she wrote in her blog.

Finally, Balan reached her breaking point.

> Then I made my mistake: I wrote an email to Elon Musk, in reference to the infamous 'Communication within Tesla' email, to let him know I must meet with him in order to show him evidence of … things going on inside the company that he needed to be aware of.

This was, after all, what Musk implored his employees to do: approach him directly.

What happened? Musk did not respond to her email but instead a member of senior management asked to see her. On April 16, 2014, Balan met with the manager, before what she thought was going to be a meeting with Musk, when she was taken to a secluded office. "Under duress, threatened that if I [did] not sign my resignation I would be handcuffed and dragged to the parking lot … I signed whatever was shoved under my nose and I left. I was not even allowed to collect my personal items, which are still held by Tesla."

On her way out of the building, Balan <u>collapsed</u>. "I was picked up by [an] ambulance. It was an experience that marked me more than I can express in words."

Later, Balan filed a wrongful termination lawsuit, which is currently in arbitration before a judge in San Francisco. Part of her claim is that she was fired for doing precisely what Musk ordered his employees to do in his now-famous email — come to him with information and concerns about Tesla. When she did, Musk was not only unresponsive, but she was fired. No kidding.

NOTE: Tesla responded to the original story with the following from a company spokesperson:

> *At Tesla, employees are expected to solve substantive work problems by communicating with anyone at any level or department within the company according to what is the fastest way to achieve the best possible solution. This is fundamental to how communication works at Tesla, and reflects the importance of putting the best interest of the company ahead of any particular department. However, this obviously doesn't mean that employees should use this openness to advance their own personal agenda – the opposite is true – or that every time employees raise an issue within the company, that means there really is a problem or that they have the right solution or approach in mind. It also doesn't mean that every email sent to senior Tesla leaders (particularly emails that are not relevant to our mission or the job at hand, or are clearly suspect or misleading) warrants a response, especially when they are already being looked into.*

> *Anyone looking objectively at Ms. Balan's theories can see that they are patently false, and frankly, completely nonsensical. While at the company, Ms. Balan made a number of inaccurate claims about our selection of particular suppliers and supposed quality issues, all of which were investigated extensively and found to be entirely without merit. For example, Ms. Balan was unhappy with a particular supplier that was selected by an internal group of subject matter experts who*

extensively studied the issue. She took it upon herself to find an alternative supplier that had no prior relevant experience and that had failed a mandatory site inspection, and was upset when that supplier was not chosen. Additionally, with respect to complaints she made about the fabric headliners we were using, when some of them did not perfectly fit into vehicles, Tesla modified the headliner and the B-pillar sill by inserting a piece of foam to ensure a proper fit. Ms. Balan disagreed with Tesla's engineering solution and subjectively perceived an "issue" when Tesla's solution did not match her personal sense of what the company should have done. She also admitted that the "issue" did not impact vehicle safety in any way. Rather than working on her assignments, Ms. Balan spent company time working on a "secret project" without her manager's approval and booked an unapproved trip to New York at Tesla's expense to visit a potential supplier for her own personally-created project. She also illegally recorded internal conversations within Tesla without anyone's permission, which is clearly criminal conduct. "Finally, contrary to Ms. Balan's claims, despite her own misconduct, she was never fired from Tesla. She voluntarily resigned – not just once, but on multiple occasions. Also contrary to her claims, she never once informed the company she had any kind of significant medical problem prior to her resignation. Ms. Balan left Tesla the first time because we had previously provided her with a special 10-month living stipend as an accommodation to help her with family issues, and she wanted that stipend to be extended even further. When we did not extend it, she quit.

It is worth pointing out that Tesla is over 33,000 people, so while we feel that this case absolutely lacks merit, there will at times be cases where Tesla is genuinely at fault. Expecting 33,000 people to be perfect is not realistic. However, when such cases arise, we will never seek to avoid responsibility. Also, due to the clickbait nature of articles about Tesla, journalists and editors who do not hold truth and appropriate context as sacred will at times write inflammatory articles and misleading headlines. We are sympathetic to the pressure they face to maximize their audience, but that does not make what they do right.

# EXHIBIT B

≡  🔍  👤  **Inc.**

**LEAD**

# This Email From Elon Musk to Tesla Employees Describes What Great Communication Looks Like

A newly acquired email from Musk outlines a brilliant philosophy. But it's easier said than done.

in  f  🐦

By **Justin Bariso** *Founder, Insight* 🐦 **@JustinJBariso**



*CREDIT: Getty Images*

☰  🔍  👤  **Inc.**

The following is a perfect example: It's a copy of a previously unpublished email Musk sent to Tesla employees a few years ago. Sent with the subject line "Communication Within Tesla," it explains the problem with how information is transmitted in most companies, and how things should be different at Tesla.

Here's the email (which Tesla has verified was sent to all employees):

Subject: Communication Within Tesla

There are two schools of thought about how information should flow within companies. By far the most common way is chain of command, which means that you always flow communication through your manager. The problem with this approach is that, while it serves to enhance the power of the manager, it fails to serve the company.

Instead of a problem getting solved quickly, where a person in one dept talks to a person in another dept and makes the right thing happen, people are forced to talk to their manager who talks to their manager who talks to the manager in the other dept who talks to someone on his team. Then the info has to flow back the other way again. This is incredibly dumb. Any manager who allows this to happen, let alone encourages it, will soon find themselves working at another company. No kidding.

ADVERTISING



◯   Replay

Anyone at Tesla can and should email/talk to anyone else according to what they think is the fastest way to solve a problem for the benefit of the whole company. You can talk to your manager's manager without his permission, you can talk directly to a VP in another dept, you can talk to me, you can talk to anyone without anyone else's permission. Moreover, you should consider yourself obligated to do so until the right thing happens. The point here is not random chitchat, but rather ensuring that we execute ultra-fast and well. We obviously cannot compete with the big car companies in size, so we must do so with intelligence and agility.

One final point is that managers should work hard to ensure that they are not creating silos within the company that create an us vs. them mentality or impede communication in any way. This is unfortunately a natural tendency and needs to be actively fought. How can it possibly help Tesla for depts to erect barriers between themselves or see their success as relative within the company instead of collective? We are all in the same boat. Always view yourself as working for the good of the company and never your dept.

Thanks,
Elon

I'm a huge fan of the message this email communicates, namely:

Communication that is forced to go through the "proper channels" is a recipe for

- killing great ideas; and
- burying the feedback a company needs to thrive.

There's only one problem with Musk's proposed solution:

It's extremely difficult to cultivate in the real world.

# Why Great Communi

≡ 🔍 👤 **Inc.**

departments work together) at Tesla? I have no idea.

However, I worked several years for a nonprofit that *did* exemplify this way of thinking. It was an extremely mission-driven organization, one in which nearly everyone bought into the philosophy because they saw managers and executives walking the walk. (In fact, it was a personal experience there that inspired my very first column on Inc.com.) After leaving that organization and consulting for dozens of others, I realized just how rare this type of workplace is.

So how do you build a company culture in which employees actually work together, instead of against one another?

Ask yourself the following:

- Do I see the big picture in my organization? Does my team?
- Do I encourage dissenting opinions and viewpoints? Do I reward employees for giving me authentic feedback, even if I don't agree with it?
- Do I demonstrate empathy, by taking employees' problems seriously—and actively helping them find solutions?
- Do I promote an environment that encourages growth, even if it means (at times) losing a great employee to another team, another department—or even another company?

Of course, leaders have to set the example. That means looking beyond individual achievements and key performance indicators, which takes courage, insight, and emotional intelligence. It means making yourself available to hear as many voices as possible.

Above all, it means being ready to hear what employees *really* think.

Because the first step to solving a problem is knowing it's there in the first place.

# EXHIBIT C

**Cristina Balan**

| | |
|---|---|
| **From:** | Rich Heley |
| **Sent:** | Tuesday, December 03, 2013 7:44 PM |
| **To:** | Cristina Balan |
| **Subject:** | Re: Christina Rich 1:1 |

Christina

I had a conversation with Doug field tonight and he is still interested in exploring the electrochromic visor concept for model x.  It sounded like there may have been some other people looking at this as well.  The key question to answer is to understand the exposed edge visibility in the glass.  It looks like in all the other applications the film goes edge to edge and here we need to have exposed edges.  It may still be too late to validate for x but if you can answer these questions about the technology you should go to ny.

Sent from my iPhone

> On Dec 3, 2013, at 6:37 PM, "Cristina Balan" <CBalan@teslamotors.com> wrote:
>
> Rich,
>
> Thank you so  much for taking the time to look over my idea.
>
> All I need is to go there on Friday and see what they have there and have those questions answered.
> Purchasing is going anyway now, because they already book the ticket and it will look very bad on us especially that they are such a small company.
>
> Only thing that I want is to allow me to gather the information and  answer the questions that will lead the Sr. Mgmt. to the right decision.  It could be that they are too expensive.  It could be that is not time for validation or that the test are more strict than Mercedes has. It could be they don't have the capacity. It could be that Elon just doesn't like it. But you will ALL have the right info to make that decision.
>
> I work on a lot of R&D projects that they got delayed or canceled for different reasons, but the right ones.
> Is like you are ask to choose between two ideas, when they are actually three out there. This idea it didn't got cancel like Derek is saying is just that they didn't find a solution for it. Until now.
>
> Let me know if you would like me to send you the presentation that I
> have about it this or if you want to presented to him. I'll be more
> than happy
>
> Again I appreciated the time you took to look over it, I know how busy
> you are :-) Cristina.

# EXHIBIT D

**Cristina Balan**

| | |
|---|---|
| **From:** | Matthew Gruss |
| **Sent:** | Friday, February 07, 2014 2:16 PM |
| **To:** | Cristina Balan |
| **Subject:** | FW: Purchase order 3200970 under cost center Exterior submitted for approval by Wills Sweney |
| **Attachments:** | image001.gif |

From Doug's message I think it's safe to say it's approved!

**From: Doug Field**
**Sent:** Friday, February 07, 2014 1:54 PM
**To:** Sasha Seletsky
**Cc:** Wills Sweney; Sam Tan; Matthew Gruss; Chris Porritt
**Subject:** Re: Purchase order 3200970 under cost center Exterior submitted for approval by Wills Sweney

I think Chris and I can figure them out rather than have a policy.

This one is a no-brainer; let's spend the money. It might be too late for X but this could be a big feature on future vehicles.

D

**From: Sasha Seletsky <sseletsky@teslamotors.com>**
**Date:** Friday, February 7, 2014 at 11:31 AM
**To:** Douglas Field <DField@teslamotors.com>
**Cc:** Wills Sweney <WSweney@teslamotors.com>, Sam Tan <stan@teslamotors.com>, Matthew Gruss <mgruss@teslamotors.com>, Chris Porritt <cporritt@teslamotors.com>
**Subject:** FW: Purchase order 3200970 under cost center Exterior submitted for approval by Wills Sweney

Doug, what's our policy on spending money on investigate items before it is a confirmed direction?

I haven't been involved in any discussions on this so I don't know what stage of development it is in

# EXHIBIT E

**Cristina Balan**

| | |
|---|---|
| **From:** | Doug Field |
| **Sent:** | Tuesday, February 11, 2014 6:24 PM |
| **To:** | Cristina Balan; Andy Warburton; Matthew Gruss; Chris Porritt; Rich Heley |
| **Subject:** | Re: Research Frontiers Inc. Press Release: Mercedes Introduces the World's   Largest SPD-SmartGlass Panoramic Roof in Their New S-Class |

I think this is a really important technology for Tesla.  Besides the cooling efficiency, I'm still obsessed with the idea of eliminating traditional sun visors with a regional application of this technology... :-)

I can't wait to see a demo in two weeks.

---

From: Cristina Balan <CBalan@teslamotors.com>
Date: Tuesday, February 11, 2014 at 6:18 PM
To: Andy Warburton <AWarburton@teslamotors.com>, Matthew Gruss <mgruss@teslamotors.com>, Chris Porritt <cporritt@teslamotors.com>, Douglas Field <DField@teslamotors.com>, Rich Heley <rheley@teslamotors.com>
Subject: Re: Research Frontiers Inc. Press Release: Mercedes Introduces the World's Largest SPD-SmartGlass Panoramic Roof in Their New S-Class

Matt, Andy, guys

FYI Read this. Especially the heat/cooling part of press release.

We can significantly reduce the cooling during the summer. Is not just the esthetic and human integration that I would like to achieve with this patent, is the thermal properties that this film has.

Mercedes had such a high demand for the small sunroof use for SLK then now they are using it in all the S class series of panoramic roof.

Two more weeks and I'll make it happen for our Beauty :-)

Thank you so much for all your help with this prototype !!!

# EXHIBIT F

**Cristina Balan**

| | |
|---|---|
| **From:** | Doug Field |
| **Sent:** | Sunday, March 30, 2014 6:27 PM |
| **To:** | Cristina Balan |
| **Subject:** | Re: As promise the first pictures ☺ |

Cool—do we have anything that might show the concept applied to a visor—ie just on the very top of the windshield?

Amazing how dark it can get and then go completely clear.

> On Mar 20, 2014, at 2:16 PM, "Cristina Balan" <CBalan@teslamotors.com> wrote:
>
>
> When OFF looking from outside
>
> <image.jpeg>
>
>
> Looking thru when almost completely on

# EXHIBIT G

**Cristina Balan**

| | |
|---|---|
| **From:** | Andrew Raczkowski |
| **Sent:** | Tuesday, September 24, 2013 4:26 PM |
| **To:** | Cristina Balan |
| **Subject:** | FW: RFQ - Model S Sill Plate |
| **Attachments:** | TESLA Sept. 11, 2013.pptx; photo.jpg |

We will look at this option next week after the base level is kicked off.

---

**From:** Chelsea Ramm
**Sent:** Wednesday, September 11, 2013 8:41 AM
**To:** Andrew Raczkowski; Peter Virth
**Subject:** FW: RFQ - Model S Sill Plate

This looks cool

**Chelsea Ramm | Purchasing Specialist**
45500 Fremont Blvd | Fremont, CA 94538
cramm@teslamotors.com | c: 209-662-5015

# T E S L A

---

**From:** Dawn Shirreffs [mailto:dshirreffs@tasus.ca]
**Sent:** Wednesday, September 11, 2013 7:37 AM
**To:** Chelsea Ramm
**Cc:** 'Tony Centritto'; vpipe@tasus.ca
**Subject:** RE: RFQ - Model S Sill Plate

Chelsea,
I have attached a couple samples for your review. We can talk about them in our conference call.

**Dawn Shirreffs**
automotive program manager

**TASUS Canada Corporation**
**decal and nameplate division**
| | |
|---|---|
| TEL: | 905-560-1337 x22 |
| CELL | 905-807-5728 |
| FAX: | 905-578-6366 |
| E-mail: | dshirreffs@tasus.ca |
| URL: | www.tasus.ca |

---

**From:** Dawn Shirreffs [mailto:dshirreffs@tasus.ca]
**Sent:** Wednesday, September 11, 2013 10:05 AM
**To:** 'Chelsea Ramm'
**Cc:** 'Tony Centritto'; 'vpipe@tasus.ca'
**Subject:** RE: RFQ - Model S Sill Plate

1

# EXHIBIT H

**Cristina Balan**

---

**From:** Andrew Raczkowski
**Sent:** Wednesday, October 2, 2013 2:42 PM
**To:** Vaughn Pipe; Chelsea Ramm; "Tony Centritto"; Peter Virth; Cristina Balan
**Subject:** RE: A Pillar Sill Plate Meeting Notes 9-23

Cristina,

Could you please answer Vaughn's questions?

Andrew

---

**From:** Vaughn Pipe [mailto:vpipe@tasus.ca]
**Sent:** Friday, September 27, 2013 1:21 PM
**To:** Chelsea Ramm; "Tony Centritto"; Andrew Raczkowski; Peter Virth
**Subject:** RE: A Pillar Sill Plate Meeting Notes 9-23

Good afternoon Chelsea,

Please see some comments below in red.

**Vaughn Pipe**
International Sales & Marketing Manager

**TASUS Canada Corporation**
**decal and nameplate division**

41A Brockley Drive, Unit 1
Hamilton, Ontario L8E 3C3 Canada
TEL:      905-560-1337 x16
CELL:    905-975-3122
FAX:     905-578-6366
E-mail:   vpipe@tasus.ca
URL:     www.tasus.ca



**From:** Chelsea Ramm [mailto:cramm@teslamotors.com]
**Sent:** September-23-13 2:00 PM
**To:** vpipe@tasus.ca; 'Tony Centritto' (tcentritto@tasus.ca); Andrew Raczkowski; Peter Virth
**Subject:** A Pillar Sill Plate Meeting Notes 9-23

Meeting Notes
- Callout is 30 Thousanths, standard is 22 thousandths, 22 is okay  Actually now that we would be utilizing brushed aluminum the thickness would be .8mm (.032")
- Assumption is adhesive attachment Understood
- Surface to be brushed aluminum to match the rest of interior décor  We will quote brushed aluminum as requested

1

**From:** Cristina Balan [mailto:CBalan@teslamotors.com]
**Sent:** October-10-13 4:30 PM
**To:** Vaughn Pipe
**Cc:** Chelsea Ramm; 'Tony Centritto; Andrew Raczkowski
**Subject:** A Pillar Sill Plate Meeting Notes 9-23
**Importance:** High

HI Vaughn,

I am the design engineer for the A-pillar sills base/illuminated.
We talked about it a lot in here and we end up with this design that I put in the pp attached I will also email you the cad data. You'll have both versions in one step file you just have to hide and show.
We have to make a decision soon and we will like a date by when do you think we will have a quote for it and also a date for when we can have some samples on site, one of each. We would also be open to see your propose ideas as a prototype.

Can you please look over our design and let me know your thoughts?

# EXHIBIT I

## Cristina Balan

| | |
|---|---|
| **From:** | Cristina Balan |
| **Sent:** | Tuesday, September 12, 2017 10:44 PM |
| **To:** | Paul Alexander |
| **Subject:** | My comments to Tesla |

**Importance:** High

Please add this to the article
Thank you

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Instead of addressing the very challenging questions I posed to Tesla thru this article, Tesla decided to engage in an unfounded smear campaign against.  Among other questions,

Tesla failed to state whether Elon Musk received emails Ms. Balan sent him;

Tesla failed to address what was Elon Musk's response after he received emails Ms. Balan sent him about the unlawful practices she has witness;

Tesla failed to explain the strange disappearances of emails sent during Ms. Balan employment;

Tesla never responded to the statement that it instructed Ms. Balan to destroy all her evidences especially the recoding she made "are for Elon ears only".

Tesla never responded if Elon Musk knows and listen to the recordings that clearly proves a lot especially the communication within Tesla.

Tesla is again spreading falsehoods about me because they still want to cover up on the retaliation I suffered after I expose some very problematic practices at Tesla.

I would like to tell my side of the story supported with facts, and I will do it through the arbitration process and on my blog cristinabalanstory.com.

What I would like to say now is when engineers are forced to not help each other, just because they are from different teams, or are demoted for daring to talk with a Director or a VP, being warned by low level management, multiple times, not to do it, when people are taken in rooms on 1:1 to be "convinced" to drop complains or request of investigations, you Do have a significant management problem.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

# EXHIBIT J

## AFFIDAVIT OF NON-SERVICE

| Case: | Court: | | County: | Job:<br>2653341 |
|---|---|---|---|---|
| Plaintiff / Petitioner: | | | Defendant / Respondent: | |
| Received by:<br>One Source Process, Inc. | | | For:<br>Cristina Balan | |
| To be served upon:<br>Elon Musk | | | | |

I, Carlos Abrego, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:**    Elon Musk, 10911 Chalon Road, Los Angeles, CA 90077

**Manner of Service:**    Non-Service

**Documents:**    Letter - Intention to Sue for Defamation - Libel (Received Sep 20, 2018 at 1:18pm EDT)

**Additional Comments:**
1) Unsuccessful Attempt: Sep 20, 2018, 7:12 pm PDT at 10911 Chalon Road, Los Angeles, CA 90077
Defendant is not in per male through intercom, refused to ID himself. The person I spoke to did not have an accent. Gated property, cannot gain access.

2) Unsuccessful Attempt: Sep 21, 2018, 8:10 am PDT at 10911 Chalon Road, Los Angeles, CA 90077
Attempt made, not served. No answer on intercom at the gate.

3) Unsuccessful Attempt: Sep 22, 2018, 10:51 am PDT at 10911 Chalon Road, Los Angeles, CA 90077
Attempt made, not served. No answer on intercom at the gate. Home is set back far from the front of the gate, up it's own road.

_____          9-25-19
Carlos Abrego                                      Date

One Source Process, Inc.
800-668-5448

_Subscribed and sworn to before me by the affiant who is personally known to me._

Notary Public: _____

9/25/18                          5/8/19
Date                          Commission Expires

ROBERT C. GOLDENHAR

**Cristina Balan**
1 (425) 205-0200
Cristina@tesseractmotors.com

September 20, 2018

**VIA One Source Process and E-Mail**
Mr. Elon Musk
10911 Chalon Road
Los Angeles, CA 90077
Elon.musk@spacex.com

Re: INTENTION TO SUE FOR DEFMATION - LIBEL

Dear Mr. Musk,

My name is Cristina Balan, I was a key player in the success of Tesla since early 2010. My Reputation means a lot to me and for that reason I am writing to make you aware of my intentions to sue Tesla Motors for defamatory statements made on September 11, 2017 in reply to an article about me published in Huffington Post.

The statements made by the Tesla spokesperson, are reckless, false and defamatory which constitutes clear libel. Among other things that were completely false, what hurt me the most is this malicious statement: "*...Ms. Balan spent company time working on a "secret project" ... and booked an unapproved trip to New York at Tesla's expense to visit a potential supplier for her own personally-created project*". This statement was clearly made with the intent to harm my reputation.

Tesla's legal department was well aware at the time this statement was made, that *I had approval at the highest level in Tesla for this project*: 3 Vice Presidents, starting with Doug Field and Rich Heley, 3 Directors and 4 Sr mangers; not to mention that a project of this level of complexity required me to had the leadership of a team of more than 8 technicians and electrical engineers. By the end of this project where more than 300 emails between people mentioned above and other departments inside Tesla and outside suppliers (the most important emails are attached here for your convenience).

*You personally saw* the end result of this so-called "secret project" – on April 2nd, 2014 last stop before leaving to the airport with Jim Dunlay, him, Doug Field, Rich Heley and myself showed you the prototype of the electrochromic sun-visor and windows touch glass blinds installed on a demo model S. You expressed your excitement and said, "See, this type of wow factor I wanted for Model X. Rich [Heley], I want a meeting with all of you to know more about this project next time I'll be in Fremont". The meeting never took place, because I was forced out by your legal department after I told them that I will give you evidence proving serious illegal activities which I believed were hidden from you, at that time. I was told that if I care about my career and my family to destroy the evidence immediately and never to contact you or let you know about the existence of those recordings. I always wondered why the legal counselor was concerned you might find out, but still I did not destroy them!

I always had my best intentions, during my work at Tesla I saved over $2 million in my first 3 months in interiors group, by redesigning or by restructuring existing designs. Also, for the battery modules, my design methodologies implemented in 2010 are still use to date. I always advocated for your vision of changing the world – on my private and public appearances, even after I was forced to leave Tesla, But as Warren Buffet said; "it takes 20 years to build a reputation and five minutes to ruin it." and I will not allow to be defamed the way I was, just because I believed in you and followed your ideas about how to help the company innovations, quality, safety and your brilliant rules on the chain of commands.

I hereby demand that Tesla immediately remove the note from the Huffington Post article and apologize for the clearly malicious statements made about me. Their actions hurt me professionally and emotionally. I welcome you in good faith to settle this out of the court and out of the public eyes, by proving that you are indeed a man of your word.

As you always expressed publicly that you are a different type of CEO, a caring and fair one, I welcome you to reach out to me in order to clear the defamatory image created about me by the statements made by your representatives. Should you choose to ignore this request I will have no choice other than to file a lawsuit in a court in the state of Washington which has jurisdiction over my case of defamation.

Sincerely,

Cristina Balan