# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| CHRISTINA BALAN, | CASE NO. C19-67 MJP |
| Plaintiff, | MINUTE ORDER |
| v. | |
| TESLA MOTORS INC., | |
| Defendant. | |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States District Judge:

Having received the Defendant's Initial Disclosures and the Parties' updated Joint Status Report, unless the Court hears from Plaintiff within eight (8) days of this Order, Plaintiff's Motions for Sanctions (Dkt. Nos. 12, 14) will be stricken as moot.

The clerk is ordered to provide copies of this order to all counsel.

Filed May 14, 2019.

William M. McCool<br>
Clerk of Court

MINUTE ORDER - 1

s/Rhonda Miller
Deputy Clerk