1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9

10    CHRISTINA BALAN,                          CASE NO. C19-67 MJP

11                        Plaintiff,            MINUTE ORDER

12          v.

13    TESLA MOTORS INC., ,

14                        Defendant.

15

16

17         The following minute order is made by the direction of the court, the Honorable Marsha

18  J. Pechman, United States District Judge:

19         Having notified Plaintiff that unless it heard from her by May 22, 2019, the Court would

20  strike her Motions for Sanctions as moot (Dkt. Nos. 12, 14), and having not heard from Plaintiff

21  by that date, the Court hereby strikes Plaintiff's Motions.

22

23

24

MINUTE ORDER - 1

1    The clerk is ordered to provide copies of this order to all counsel.

2    Filed May 23, 2019.

3                                          William M. McCool
                                           Clerk of Court
4

5                                          s/Rhonda Miller
                                           Deputy Clerk
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

MINUTE ORDER - 2