1
2
3
4
5
6
7
8      UNITED STATES DISTRICT COURT
       WESTERN DISTRICT OF WASHINGTON
9                 AT SEATTLE

10   CHRISTINA BALAN,                        CASE NO. C19-67 MJP

11                       Plaintiff,          ORDER DENYING MOTION FOR
                                             RECONSIDERATION
12          v.

13   TESLA MOTORS INC.,

14                       Defendant.

15

16      This matter comes before the Court upon Plaintiff's Motion for Reconsideration (Dkt.

17   No. 76) of the Court's April 22, 2021 Order Closing the Case (Dkt. No. 75).  The Motion is

18   DENIED.

19      Plaintiff seeks reconsideration, arguing: (1) The Court's Order fails to address the issue

20   of the material breach of the arbitration agreement or the unconscionability of JAMS unwritten

21   rules toward pro se litigants; (2) the Ninth Circuit did not instruct the Court to close the case; and

22   (3) the Order cites three allegedly defamatory statements, when the Ninth Circuit only addressed

23   two.

24

ORDER DENYING MOTION FOR RECONSIDERATION - 1

Motions for reconsideration are disfavored and ordinarily will not be granted "in the absence of a showing of manifest error in the prior ruling or a showing of new facts or legal authority which could not have been brought to its attention earlier with reasonable diligence." LCR 7(h)(1). Plaintiff has failed to make such a showing. Although Plaintiff is correct that the Court cited three defamatory statements when the Ninth Circuit only discussed two, the Court concludes that this was a typographical error, and not manifest error. And because the Ninth Circuit's recent opinion devested the Court of jurisdiction in this matter, the Court may not consider Plaintiff's remaining arguments about the arbitration agreement, and closing the case was proper. The Court therefore DENIES Plaintiff's Motion for Reconsideration.

The clerk is ordered to provide copies of this order to all counsel.

Dated April 26, 2021.

*[signature]*
Marsha J. Pechman
United States Senior District Judge