UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CRISTINA BALAN,<br><br>                    Plaintiff,<br><br>         v.<br><br>TESLA MOTORS INC,<br><br>                    Defendant. | CASE NO. C19-67 MJP<br><br>ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF'S EX PARTE MOTION TO REOPEN CASE |

This matter is before the Court on Plaintiff's ex parte application for administrative relief and approval to reopen the case. (Dkt. No. 78.) The Court GRANTS the motion IN PART and DENIES it IN PART.

This is a defamation case subject to arbitration by the Parties' agreement, except for the confidentiality provisions, because the claim was related to Plaintiff's prior employment with Defendant. (See Dkt. Nos. 40, 70.) The case was closed because there were no other claims. (Dkt. No. 75.) Plaintiff, who is pro se, now files an ex parte motion explaining that she intends

ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF'S EX PARTE MOTION TO REOPEN CASE - 1

to file a motion to vacate the arbitration decision.  (Dkt. No. 78.)  She asks the Court to reopen the case so she can do so.

The Court GRANTS the motion in part simply to clarify that Plaintiff is free to file any motion or application in accordance with the Federal Rules of Civil Procedure and the Local Civil Rules.  The Court DENIES the application to reopen the case.  Plaintiff's claim is subject to arbitration.  (Dkt. Nos. 70, 75.)  At this time, the case remains closed.  Whether it is reopened depends on the merits of the anticipated motion.

The clerk is ordered to provide copies of this order to Plaintiff and all counsel.

Dated January 19, 2022.

James L. Robart
United States Senior District Judge