The Honorable James L. Robart
Trial Date: N/A

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CRISTINA BALAN,

        Plaintiff,

v.

TESLA MOTORS,

        Defendant.

Case No. 2:19-CV-00067-MJP

**MOTION AND ORDER FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR DEFENDANT**

       Existing counsel for defendant Tesla Motors, i.e., Babak Yousefzadeh and Gal Gressel, of the law firm Sheppard, Mullin, Richter & Hampton LLP hereby move to withdraw as counsel of record for defendant Tesla Motors.

       Marina C. Gruber of Morgan, Lewis & Bockius LP will substitute as counsel of record for defendant Tesla Motors.  All future papers, pleadings and correspondence should be directed to them at the following address:

       Marina C. Gruber, WSBA #53873
       Morgan, Lewis & Bockius LLP
       1400 Page Mill Road, 2nd Floor
       Palo Alto, CA  94304-1124
       Phone: 650-843-4000
       Fax: 650-843-4001
       Email: marina.gruber@morganlewis.com

1

2    Defendant Tesla Motors hereby designates Michael D. Weil of Morgan Lewis & Bockius

3    as additional counsel of record.  An application for leave to participate *pro hac vice* will be filed

promptly.  After having been admitted *pro hac vice*, all future papers, pleadings and

4    correspondence should also be directed to him at the following address:

5
            Michael D. Weil
6            One Market, Spear Street Tower
            San Francisco, CA 94105
7            Telephone: (415) 442-1000
            Fax: (415)442-1001
8            Email: michael.weil@morganlewis.com

9
            Pursuant to Local Rule 83.2(b)(1), a copy of this motion has been served on Tesla Motors
10
and on pro se plaintiff Cristina Balan.
11
            DATED this 19th day of January, 2022.
12

13                                SHEPPARD, MULLIN, RICHTER &
                                HAMPTON LLP
14                                Withdrawing Attorneys for Defendant
                                Tesla Motors
15
                                By */s/ Babak Yousefzadeh*
16                                  */s/ Gal Gressel*
                                Babak Yousefzadeh, CBN 235974
17                                Gal Gressel, CBN 286312
                                Four Embarcadero Center, 17th Floor
18                                San Francisco, CA  94111-4109
                                Telephone: (415) 434-9100
19                                Fax: (415) 434-3947
                                E-mail: byousefzadeh@sheppardmullin.com
20                                      ggressel@sheppardmullin.com

21

22

23

24

25

26
MOTION AND ORDER FOR WITHDRAWAL - 2
AND SUBSTITUTION OF COUNSEL FOR DEFENDANT

1

2      DATED this 19th day of January 2022.

3                                          MORGAN, LEWIS & BOCKIUS LLP
                                           Incoming Attorneys for Defendant Tesla Motors
4
                                           By /s/Marina C. Gruber
5                                              Marina C. Gruber, WSBA #53873
                                               1400 Page Mill Road, 2nd Floor
6                                              Palo Alto, CA  94304-1124
                                               Phone: 650-843-4000
7                                              Fax: 650-843-4001
                                               Email: marina.gruber@morganlewis.com
8
       DATED this 19th day of January 2022.
9
                                           MORGAN LEWIS & BOCKIUS
10                                         Incoming Attorneys for Defendant Tesla Motors

11                                             Michael D. Weil, CBN #209056 (*pro hac vice
                                               pending*)
12                                             One Market, Spear Street Tower
                                               San Francisco, CA 94105
13                                             Telephone: (415) 442-1000
                                               Fax: (415)442-1001
14                                             Email: michael.weil@morganlewis.com

15

16

17

18

19

20

21

22

23

24

25

26

MOTION AND ORDER FOR WITHDRAWAL - 3
AND SUBSTITUTION OF COUNSEL FOR DEFENDANT

1

**ORDER**

2          IT IS SO ORDERED.

3          DATED this 21st day of January, 2022.

4

5

6          _____

7          James L. Robart
           United States Senior District Judge

8

9

10  Presented by:

11  Sheppard, Mullin, Richter & Hampton
    Attorneys for Defendant Tesla Motors

12

13  By /s/ Babak Yousefzadeh
    /s/ Gal Gressel

14  Babak Yousefzadeh, CBN 235974
    Gal Gressel, CBN 286312

15  Four Embarcadero Center, 17th Floor
    San Francisco, CA  94111-4109

16  Telephone: (415) 434-9100
    Fax: (415) 434-3947

17  E-mail: byousefzadeh@sheppardmullin.com
            ggressel@sheppardmullin.com

18  Marina C. Gruber, WSBA #53873

19  Morgan, Lewis & Bockius LLP
    1400 Page Mill Road, 2nd Floor

20  Palo Alto, CA  94304-1124
    Phone: 650-843-4000

21  Fax: 650-843-4001
    Email: marina.gruber@morganlewis.com

22  Michael D. Weil, CBN 209056

23  One Market, Spear Street Tower
    San Francisco, CA 94105

24  Telephone: (415) 442-1000
    Fax: (415)442-1001

25  Email: michael.weil@morganlewis.com

26

    MOTION AND ORDER FOR WITHDRAWAL - 4
    AND SUBSTITUTION OF COUNSEL FOR DEFENDANT

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

MOTION AND ORDER FOR WITHDRAWAL - 5
AND SUBSTITUTION OF COUNSEL FOR DEFENDANT