UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| Christina Balan,<br><br>                    Plaintiff,<br><br>      v.<br><br>Tesla Motors Inc.,<br><br>                    Defendant. | CASE NO. C19-67 MJP<br><br>ORDER GRANTING MOTION FOR EXTENSION OF TIME |

This matter is before the Court on Plaintiff's motion for an extension of time. (Dkt. No. 92.) The Court accelerates the noting date from March 25, 2022 to today and GRANTS the motion. Plaintiff's motion to vacate the arbitration award, (Dkt. No. 83), is re-noted to April 1, 2022, and her reply is due on that date. Defendant's motion to dismiss or transfer, (Dkt. No. 87), is re-noted to April 8, 2022. Plaintiff's response to that motion is due April 4. Plaintiff's motion for extension of time filed under Docket Number 89 shall be marked as withdrawn, as it is clear she intended the instant motion to replace it.

The clerk is ordered to provide copies of this order to all counsel.

Dated March 17, 2022.

Marsha J. Pechman
United States Senior District Judge

ORDER GRANTING MOTION FOR EXTENSION OF TIME - 2