UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CRISTINA BALAN, | CASE NO. C19-67 MJP |
| Plaintiff, | ORDER RE-NOTING MOTION TO VACATE ARBITRATION AWARD |
| v. | |
| TESLA MOTORS INC., | |
| Defendant. | |

This matter is before the Court sua sponte.  Plaintiff's motion to vacate the arbitration award was noted for consideration on April 1, 2022.  (Dkt. No. 83.)  However, in its motion to dismiss Plaintiff's motion, Defendant challenges the Court's jurisdiction.  (Dkt. No. 87.)  That motion is noted for April 8.  Because the Court must address jurisdiction as a predicate issue, Steel Co. v. Citizens for a Better Env't, 523 U.S. 83, 94–95 (1998), Plaintiff's motion to vacate is re-noted for consideration on April 8.

The clerk is ordered to provide copies of this order to Plaintiff and all counsel.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

Dated April 27, 2022.

Marsha J. Pechman
United States Senior District Judge